UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   AU:24-CR-00236(1)-RP |
| | § | |
| (1) Moises Ardilla-Tepetate | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 24, 2024, wherein the defendant Ardilla-Tepetate waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Ardilla-Tepetate to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Ardilla-Tepetate's plea of guilty to Count 1 of the Information is accepted.

Signed this 6th day of November, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE